UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| M SECURITIES AND INVESTMENTS, INC., a Florida Corporation, d/b/a HOWARD GARY & COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>CALVIN GRIGSBY, NAPOLEON BRANDFORD, JAMES BURKE, WILLIAM HARDEMON, MURIEL SIEBERT, SUZANNE SHANK, J. DONALD RICE, MURIEL SIEBERT, & CO., INC., GRIGSBY, BRANDFORD & COMPANY, INC., GRIGSBY, BRANDFORD & POWELL, INC., SIEBERT BRANDFORD & SHANK CO. A/K/A SIEBERT, BRANDFORD SHANK, & CO., L.L.C. GRIGSBY & ASSOCIATES, INC., GBR FINANCIAL PRODUCTS COMPANY, RICE FINANCIAL PRODUCTS COMPANY, AND APEX SECURITIES, INC.<br>    Jointly, individually and severally,<br>    Defendants.<br>_____/ | CIVIL DIVISION<br>CASE NO. 00-CV-3278<br>Judge Joan Lenard<br>Magistrate Turnoff<br><br> |

**CERTIFICATE OF EDWARD DOLIDO**
**IN SUPPORT OF *PRO HAC VICE* ADMISSION**

I, Edward Dolido, certify that the following information is true and correct:

1.    I am an attorney at law and senior associate with the law firm of Fulbright & Jaworski L.L.P., located at 666 Fifth Avenue, New York, NY, 10103. I submit this Certificate in support of Defendant, Muriel Siebert, & Co., Inc.'s, application for my *pro hac vice* admission in this case.

2.    I am admitted to practice in the State of New York and in the United States

695098 v 1 word

CASE NO. 00-CV-3278

District Court for the Southern District of New York, as well as other courts.

3. I am currently a member in good standing in each jurisdiction in which I am admitted to practice, and I have not been the subject of any disciplinary proceedings.

4. I am familiar with the Local Rules of the United States District Court for the Southern District of Florida.

Dated: November 2, 2000

Respectfully Submitted,

Edward Dolido

695098 v 1 word

2