UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION
CASE NO. 00-3278 CIV-LENARD/TURNOFF

M. SECURITIES AND INVESTMENTS, )
INC., a Florida Corporation, d/b/a )
HOWARD GARY & COMPANY, )
)
)
Plaintiff, )
)
against )
)
CALVIN B. GRIGSBY, NAPOLEON )
BRANDFORD, JAMES BURKE, WILLIAM )
HARDEMON, MURIEL SIEBERT, )
SUZANNE SHANK, J. DONALD RICE, )
MURIEL SIEBERT & CO., INC., GRIGSBY, )
BRADFORD & COMPANY, INC., GRIGSBY, )
BRANFORD & POWELL, INC., SIEBERT )
BRADFORD & SHANK CO. a/k/a SIEBERT, )
BRANDFORD SHANK, & CO., L.L.C., )
GRIGSBY & ASSOCIATES, INC., GBR )
FINANCIAL PRODUCTS COMPANY, RICE )
FINANCIAL PRODUCTS COMPANY, and )
APEX SECURITIES, INC., jointly, )
individually and severally, )
Defendants. )
-------------------------------------------/

### *STIPULATION* AND *AGREED* ORDER REGARDING PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME, A TEMPORARY STAY OF DISCOVERY, AND FILING OF A JOINT SCHEDULING REPORT

Plaintiff and Defendants Muriel Siebert and Muriel Siebert & Co., Inc. (collectively, "the Siebert Defendants") hereby stipulate as follows:

1. The Siebert Defendants consent to Plaintiff's Motion for an Enlargement of Time to Respond to the Siebert Defendants' Motion for Stay of Discovery and to Stay the Filing of a Joint Scheduling Report ("the Siebert Defendants' Motion for a Stay") upon the conditions of the parties' stipulation.

2.	Plaintiff agrees to serve its response to the Siebert Defendants' Motion for a Stay by March 15, 2001.

3.	The Siebert Defendants' Motion for a Stay sets forth the Siebert Defendants' contentions as to why it would be inappropriate to file a Joint Scheduling Report at this time during the pendency of their motion to dismiss the Complaint in its entirety. While Plaintiff does not agree to all the relief sought in the Siebert Defendants' Motion for a Stay, Plaintiff does agree, in the interest of preserving the limited resources of the Court and of the parties, that a stay of discovery relating to the Siebert Defendants and of the requirement to file a Joint Scheduling Report should be granted until the Siebert Defendants' Motion for a Stay is decided by the Court.

4.	The parties recognize that the Siebert Defendants' Motion is outstanding and that it would be inappropriate to prepare a joint scheduling report until that motion is resolved.

5.	Plaintiff thus agrees that a stay of discovery relating to the Siebert Defendants and postponement of the filing of a Joint Scheduling Report is appropriate pending decision by the Court on the Siebert Defendants' Motion for a Stay.

The parties respectfully request that this Court enter the proposed Order below, which is consistent with this Stipulation.

Sent By: Richard J Burton & Assoc PA; 305 935 9542; Feb-16-01
Case 1:00-cv-03278-JAL   Document 77   Entered on FLSD Docket 02/20/2001   Page 3 of 3

Respectfully Submitted,

| | |
|---|---|
| RICHARD J. BURTON & ASSOCIATES, P.A.<br>Richard Jay Burton<br>18305 Biscayne Blvd<br>Suite 300<br>Miami, FL 33160<br>Tel. (305) 705-0888<br>Fax (305) 935-9542<br>Attorneys for Plaintiffs<br><br>By: _____<br>Richard Jay Burton<br>Florida Bar No. 179337 | ASTIGARRAGA DAVIS MULLINS &<br>GROSSMAN, P.A.<br>Edward H. Davis, Jr.<br>Edward M. Mullins<br>Lawrence S. Gordon<br>FBN 704539, 863920 & 382361<br>Miami Center, 20th Floor<br>201 Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: (305) 372-8282;<br>Fax: (305) 372-8202<br>Attorneys for Defendants<br>Muriel Siebert and Muriel<br>Siebert & Company, Inc.<br><br>By: _____<br>Edward M. Mullins<br>Florida Bar No. 863920 |

-and-

FULBRIGHT & JAWORSKI L.L.P.
James Nespole
Edward Dolido
666 Fifth Avenue
New York, NY 10103
Tel: (212) 318-3000
Fax: (212) 318-3400
Attorneys for Defendant
Muriel Siebert & Company, Inc.

-and-

RIAD & ASSOCIATES
Michael Press
200 Park Avenue, Suite 4514
New York, New York 10166
Tel: (212) 822-3200
Fax: (212) 822-3277
Attorneys for Defendant
Muriel Siebert