UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-3278-CIV-LENARD
Magistrate Judge Turnoff

M SECURITIES AND INVESTMENTS,
INC., a Florida Corporation, d/b/a
HOWARD GARY & COMPANY,
    Plaintiff,
vs.

CALVIN B. GRIGSBY, NAPOLEON BRANDFORD, JAMES BURKE,
WILLIAM HARDEMON, MURIEL SIEBERT, SUZANNE SHANK,
J. DONALD RICE, MURIEL SIEBERT, & CO., Inc.,
GRIGSBY, BRANDFORD & COMPANY, Inc., GRIGSBY,
BRANDFORD & POWELL, Inc., SIEBERT BRANDFORD &
SHANK Co. a/k/a SIEBERT, BRANDFORD SHANK, & CO., L.L.C.
GRIGSBY & ASSOCIATES, INC., GBR FINANCIAL PRODUCTS
COMPANY, RICE FINANCIAL PRODUCTS COMPANY, and
APEX SECURITIES, INC.
    Jointly, individually and severally,
                            Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, by and through undersigned counsel hereby files this NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE.

Respectfully submitted this 27th day of December, 2001.

By:_____
Richard J. Burton, FBN 179337

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to the counsel and parties on the Service list, below, this 25th Day of December 2001.

RICHARD J. BURTON, Esq.

PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
5801 Pelican Bay Blvd. Suite 300
Naples, FL 34108

PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
1919 Pennsylvania Ave., N.W. #500
Washington, D.C. 20006

Underwood, Karcher & Karcher, P.A.
2900 S.W. 28 Ter., 6th Floor
Miami, FL 33133

SHUTTS & BOWEN
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131

ASTIGARRAGA DAVIS MULLINS & GROSSMAN PA
201 South Biscayne Blvd. 20th FL
Miami, FL 33131

Fulbright & Jaworski, L.L.P.
666 Fifth Avenue
New York, N.Y. 10103

RIAD and Associates
200 Park Avenue Suite 4514
New York, N.Y. 10166

Calvin Grigsby
101 California Street, Suite 635
San Francisco, CA 49104

James Burke
1860 NE 142nd St. PH-#1
North Miami, FL 33181

Thomas Tucker Ronzetti, Esq.
OFFICE OF THE COUNTY ATTORNEY
111 N.W. 1 Street
Miami, FL 33130