UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-3278-CIV-LENARD
USMJ ~~Turnoff~~ Simonton

M. SECURITIES AND INVESTMENTS, INC.,
a Florida corporation, d/b/a
HOWARD GARY & COMPANY,

      Plaintiff,

vs.

CALVIN B. GRIGSBY, NAPOLEON
BRANDFORD, JAMES BURKE, WILLIAM
HARDEMON. MURIEL SIEBERT, SUZANNE
SHANK, J. DONALD RICE, MURIEL SIEBERT
& CO., INC., GRIGSBY, BRANDFORD &
COMPANY, INC., GRIGSBY, BRANDFORD
& POWELL, INC., SIEBERT BRANDFORD &
SHANK CO, a/k/a SIEBERT BRANDFORD
SHANK & CO., L.L.C., GRIGSBY &
ASSOCIATES, INC., GBR FINANCIAL
PRODUCTS COMPANY, RICE FINANCIAL
PRODUCTS COMPANY and APEX SECURITIES,
INC., jointly, individually and severally,

      Defendants.
_____/



FILED by _____ D.C.

AUG 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

COMES NOW, Christopher R. Mank, Esquire, of MINTZER, SAROWITZ, ZERIS, LEDVA, AND MEYERS and hereby stipulate and agree that O'CONNOR, CHIMPOULIS, RESTANI, MARRERO & McALLISTER, P.A., Attorneys for Defendant, SIEBERT, BRANDFORD, SHANK & CO., LLP., shall be substituted as counsel for the Defendant, SIEBERT,

BRANDFORD, SHANK & CO., LLP, in this action. All further pleadings, correspondence, etc. shall be provided to Christopher R. Mank, Esquire, at MINTZER, SAROWITZ, ZERIS, LEDVA, & MEYERS, L.L.P.

DATED this 25 day of July, 2002.

| | |
|---|---|
| O'CONNOR, CHIMPOULIS, RESTANI, MARRERO & McALLISTER, P.A. <br> 2801 Ponce de Leon Blvd., 9th Floor <br> Coral Gables, FL 33114 <br> (305) 445-4090 <br><br> BY: _____ <br> Kevin P. O'Connor, Esq.. <br> Fl. Bar No. 211886 | MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, L.L.P. <br> Grove Plaza Building, 6th Floor <br> 2900 SW. 28th Terrace <br> Miami, Florida 33133 <br><br> BY: _____ <br> Christopher R. Mank, Esq. <br> Fl. Bar No. 0194972 |

## ORDER FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came on to be considered upon the Stipulation for Substitution of Counsel and the Court being otherwise fully advised in the premises; it is hereby:

ORDERED AND ADJUDGED that the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA, & MEYERS, L.L.P. is hereby appointed as counsel of record for the Defendant, SIEBERT, BRANDFORD, SHANK & CO., LLP,, and that O'CONNOR, CHIMPOULIS, RESTANI, MARRERO & McALLISTER, P.A., is hereby relieved of any further responsibility as counsel for the Defendant.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida on this 16 day of Aug, 2002.

_____
THE HONORABLE JOAN A. LENARD

Copies furnished to:

Christopher R. Mank, Esq.
Kevin P. O'Connor, Esq.

F:\CRM\substitution-counsel.wpd

## SERVICE LIST

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
North Miami Beach, FL 33160
Attorneys for Plaintiff

Michael S. Press, Esq.
Riad & Associates, P.C.
200 Park Avenue, Suite 4514
New York, New York 10166

James Nespole, Esq. and
Edward Dolido, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103

Edward H. Davis, Jr., Esq.
Astigarraga Davis Mullins & Grossman, P.A.
201 Biscayne Boulevard, 20th Floor
Miami, FL 33131
Attorneys for Defendants Muriel Siebert and
Muriel Siebert & Co.

Richard M.. Leslie, Esq.
Maxine M. Long, Esq.
Shutts & Bowen, LLP
1500 Miami Center
201 Biscayne Boulevard
Miami, FL 33131
Attorneys for Defendant Brandford, et al.

David L. Douglass, Esq. and
Theresa W. Hajost, Esq.
Porter, Wright, Morris & Arthur, LLP
1919 Pennsylvania Avenue NW, Suite 500
Washington, DC

Gregory N. Woods, Esq.
Porter, Wright, Morris & Arthur, LLP
5801 Pelican Bay Boulevard, Suite 300
Naples, FL 34108
Attorneys for Defendant J. Donald Rice, et al.

Andrew Seiden, Esq.
2300 Glades Road, Suite 340W
Boca Raton, FL 33431